GOTTLIEB C. RATHFELDER, Appellant, *v.* LEVI FLAG, Respondent, Impleaded with Another.

Argued November 28, 1939; decided December 28, 1939.

*Alfred E. Herz* and *I. Sidney Worthman* for appellant.

*Alexander Orr, Jr.,* and *Walter G. Evans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.